# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. SA CV 24-00055-FMO (DFMx)　　　　　　　　　Date May 12, 2025

Title: Craig A. Matheny v. Lin Shuying, et al.

Present: The Honorable FERNANDO M. OLGUIN

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

None Present　　　　　　　　　　　　　　None Present

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Judgment was not processed. Case is to be closed as of 3/31/2025.

☐ Entered _____.

Initials of Preparer　　vdr