JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG A. MATHENY, | Case No. SA CV 24-0055 FMO (DFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LIN SHUYING, | |
| Defendant. | |

Pursuant to the Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT judgment in the above-captioned action be entered in favor of plaintiff Craig A. Matheny and against defendant Lin Shuying, in the total amount of twenty-one thousand, two hundred-and-ninety-five dollars ($21,295.00).

Dated this 31st day of March, 2025.

/s/
Fernando M. Olguin
United States District Judge